# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHARVELT MISTER**                                                                                             **PETITIONER**
**ADC #120997**

**v.**                                            **4:20CV00522-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                    **RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.   After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is DENIED.

No certificate of appealability will issue.

IT IS SO ORDERED this 12th day of June, 2020.


                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE