# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHARVELT MISTER**  **PETITIONER**
**ADC #120997**

**v.**  **4:20CV00522-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 12th day of June, 2020.

                                                  _Billy Roy Wilson_
                                                  UNITED STATES DISTRICT JUDGE